**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,

                                        Case No. 6:12-cv-819-Orl-22 DAB

-v-

FIRST PREMIER BANK

    Defendant.

**NOTICE OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR SERVICE OF DOCUMENTS FILED IN CASE**

    J. Marshall Gilmore, Esq. files this Notice of Appearance as Counsel of Record for Plaintiff, Larry Rumbough, in this matter and requests that all future service of documents be made on him at the address set out below for J. Marshall Gilmore.

Dated: September 11, 2012

                                                      Respectfully submitted,

                                                      __s/J. Marshall Gilmore_____
                                                      J. Marshall Gilmore
                                                      Florida Bar No. 840181
                                                      1936 Lee Road, Suite 100
                                                      Winter Park, FL 32789
                                                      (407) 629-7322
                                                      (407) 599-3801 fax
                                                      mgilmore@mgilmorelaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 11th day of September, 2012 electronically via Clerk of the Court by CM/ECF delivery to all parties.

                                                      _s/J. Marshall Gilmore_____
                                                      J. Marshall Gilmore, Esq.