**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

       **Plaintiff,**

**v.**                                                         **Case No:  6:12-cv-819-Orl-22DAB**

**FIRST PREMIER BANK,**

       **Defendant.**

_____

**ORDER**

On October 22, 2012 this Court entered its Case Management and Scheduling Order designating J. Marshall Gilmore as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of the date of this Order advising of the date." (Doc. 13).  Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

1.      No later than January 16, 2013, Mr. Gilmore shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2013.

_____
ANNE C. CONWAY
United States District Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties